### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

JEFF TUCKER,

  Plaintiff,

                                    CASE NO.: 4:17-CV-00066-JHM-HBB

-vs-

CREDIT ONE BANK, N.A.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JEFF TUCKER, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record via electronic mail on this 20th day of July, 2018.

                                              */s/ Octavio Gomez*
                                              Octavio Gomez, Esquire
                                              Florida Bar No.: 0338620
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 N. Franklin Street, 7th Floor
                                              Tampa, Florida 33602
                                              Tele: (813) 223-5505
                                              Fax: (813) 223-5402
                                              Primary Email: TGomez@ForThePeople.com
                                              Secondary Email: LDobbins@ForThePeople.com
                                              *Attorney for Plaintiff*